June 25, 1940

**No. 44080.—**■■■■—Protests 759320–G, etc., of Atlas Marine Co. et al. C. D. 216. Plaintiffs' application for rehearing granted.

June 26, 1940

**No. 44081.—**■■■■—Protest 977645–G of Rhodes Bros. C. D. 334. Motion of Government for rehearing granted.

Before the First Division, July 5, 1940

**No. 44082.**—Protest 17577–K of A. Cohen Sons Corp. (New York.)

Opinion by Tilson, J. It appeared from stipulation of counsel that duty was assessed on the total appraised value rather than at the appraised value of the repairs to said bottles for the reason that the replacement of the broken stoppers of the bottles with new stoppers was not considered by the customs officials to be a repair under the definition of the word "repairs" in article 408 (1), Customs Regulations of 1937. It was held that the replacement of the stoppers in these bottles, essential and integral parts of the bottles, constitutes a repair and that the collector erred in taking duty on the total value of the importation. The collector was therefore directed to reliquidate accordingly.

**No. 44083.**—Protests 961645–G, etc., of Nurre Co., Inc. (Indianapolis).

Opinion by Tilson, J. It was found that paragraph 231 does not carry any such rate for this merchandise. On the record presented the protests were overruled.

**No. 44084.**—Protests 971769–G, etc., of Baltimore & Ohio R. R. Co. (Baltimore).

Opinion by Tilson, J. The testimony established that the importation consists in part of glass candlesticks. It was found from the evidence, including an inspection and examination of the samples, that the merchandise in question consists of candlesticks in chief value of glass, not designed for electrical illumination, and does not consist of table and kitchen articles and utensils. The claim at 40 percent under paragraph 218 (c) and T. D. 49458 was sustained in part.

**No. 44085.**—Protest 997454–G of L. Oppleman, Inc. (New York).

Opinion by Tilson, J. The evidence established that the merchandise is in chief value of wood and that it is operated solely by means of wind. The protest was therefore sustained.